## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **DOMINGO ZUNIGA, an individual;** **on behalf of himself and all others** **similarly situated,** | § § § § § | |
| **Plaintiff,** | § § § | |
| **v.** | § § § | **Case No. 4:16-cv-00526-ALM** |
| **JEFFERSON CAPITAL SYSTEMS, LLC** **and FINANCIAL BUSINESS AND** **CONSUMER SOLUTIONS, INC. d/b/a** **FBCS INC. and FBCS,** | § § § § § § | |
| **Defendants.** | § § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Domingo Zuniga ("Plaintiff"),

and Defendants, Jefferson Capital Systems, LLC and Financial Business and Consumer

Solutions, Inc. d/b/a FBCS Inc. and FBCS (collectively "Defendants"), hereby stipulate to

the dismissal of Plaintiff's individual claims in the above-styled case with prejudice, and

plaintiff's claims on behalf of the putative class without prejudice, with each side to bear

its own costs and attorneys' fees.

Dated: June _____ , 2017                    Respectfully submitted,

/s/ *Jerry J. Jarzombek*
Jerry J. Jarzombek
The Law Office of Jerry Jarzombek, PLLC
855 Texas Street, Suite 140
Fort Worth, TX 76102
Telephone: (817) 348-8325
Facsimile: (817) 348-8328
E-mail: jerryjj@airmail.net

1

Daniel A. Edelman
Francis R. Greene
Edelman, Combs, Latturner & Goodwin, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603
Telephone: (312) 739-4200
Facsimile: (312) 419-0379
E-mail: dedelman@edcombs.com
fgreene@edcombs.com

*Attorneys for Plaintiff*

/s/ Whitney L. White
Whitney L. White
TX Bar No. 24075269
Sessions, Fishman, Nathan & Israel, LLC
900 Jackson Street, Suite 440
Dallas, TX 75202
Telephone: (214) 741-3001
Facsimile: (214) 741-3055
E-mail: wwhite@sessions.legal

*Attorney for Defendant,*
*Jefferson Capital Systems, LLC*

/s/  *Kevin Frank Risley*
Kevin Frank Risley
Andrew Johnson
Thompson Coe Cousins & Irons, L.L.P.
One Riverway, Suite 1400
Houston, TX 77056
Telephone: (713) 4403-8295
Facsimile: (713) 403-8299
E-mail: krisley@thompsoncoe.com
ajohnson@thompsoncoe.com

James Logan Sowder
Thompson Coe Cousins & Irons, L.L.P.
700 N. Pearl Street, 25th Floor
Dallas, TX 75201
Telephone: (214) 871-8200
Facsimile: (871) 8209

2

E-mail: jsowder@thompsoncoe.com

*Attorneys for Defendant,*
*Financial Business and Consumer Solutions,*
*Inc. d/b/a FBCS Inc and FBCS*

3